**Order entered March 29, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00577-CR

### GARRY DEAN STRONER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F11-33918-R

## ORDER

The Court **REINSTATES** the appeal.

On December 12, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's March 26, 2013 findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Moore requested two additional weeks from March 26, 2013 to file appellant's brief.

We **ORDER** Riann Moore to file appellant's brief by **APRIL 9, 2013**. Because appellant's brief is already five months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, the Court will order Riann Moore and the

Dallas County Public Defender's Office removed as appellant's counsel and will order the trial court to appoint new counsel to represent appellant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Katherine Drew, Appellate-Chief, Dallas County Public Defender's Office; Riann Moore; and Michael Casillas.


/s/     DAVID EVANS
           JUSTICE